E-FILED
Friday, 10 January, 2020  04:18:46 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

JAN 1 0 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIEL ROBERT HULL          ,     )
                                  )
                Plaintiff         )
                                  )
        vs.                       )     Case No. 20-1017
                                  )     (The case number will be assigned by the clerk)
Nurse FRANK (FNU), FCI Pekin      )
Dr. Lee Ho, FCI Pekin             )
_____           )
_____           )
_____           )
_____           )
_____           )
_____           )
_____           )
_____ ,         )
                                  )
                Defendant(s)      )

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

☐    42 U.S.C. §1983 (state, county or municipal defendants)

☑    Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☑    Other federal law:    Suite under the Federal Tort Claim Act.

☐    Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ___Daniel Robert Hull___

Prison Identification Number: ___05136-090___

Current address: ___P.O. Box 5000, Pekin, Illinois 61555___

_For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee._

B. Defendants

Defendant #1:

Full Name: ___FRANK (FNU)___

Current Job Title: ___Nurse___

Current Work Address ___2600 S. 2nd Street, Pekin, Illinois 61555___

Defendant #2:

Full Name: ___Dr. Lee Ho___

Current Job Title: ___Doctor at FCI Pekin___

Current Work Address ___2600 South 2nd Street, Pekin, Illinois 61555___

Defendant #3:

Full Name: ___N/A___

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____ N/A _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____ N/A _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   Hull v. United States Attorney, 1:16-cv-02415

2. Basic claim made  FOIA Suit for documents

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?)  Dismissed for failure to exhaust administrative remedies.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  FCI Pekin (Visiting Room)

4

Date(s) of the occurrence  October 12, 2018, and October 13, 2018

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

This ic a claim alleging deliberate indifference to a serious medical need that resulted in unnecessary pain and suffering. The facts that support this clim are as follows:

On July 11, 2019, the Bureau of Prisons denied plaintiff relief under the Federal Tort Claims Act for gis claim of deliberate indifference on the part of the medical staff at the Federal Correctional Institutional Institution in Pekin, Illinois. The stated reason for the denial was that my claim was precluded by 28 C.F.R. § 301.319 as the exclusive remedy for my injury under the Inmate Accedent Conpensation Act (IACA). But, 28 C.F.R. § 301.319 does not cover deliberate indifference by BOP staff, to a serious medical need, nor does it cover any additional damage that may be caused due to a mis-diagnosis.

The BOP's letter of denial informed me that I had six months to bring an action in this Court. Thus, this complaint is being filed at this time.

On October 12, 2018, while stripping and waxing floors at FCI Pekin, I fell after slipping on the slick floor. When I hit the ground, I heard a loud snap. At that point i knew that something in my shoulder or arm had broken. There was another inmate working with me, and he told me that he also heard the snap like somthing has broke.

Officer Baer sent me over to medical where I was examined by nurse FRANK. I told nurse FRANK that I heard the bone snap when I hit the floor. He seemed to totally ignore this statement, and asked me if I could move my arm. I told him that I could not.

5

he them began to push on my shoulder, and then announced that he could see nothing wrong. I again told him that I had heard the bone snap. Nurse FRANK they just looked at me and said "it's muscular, you should take it easy on it, and if the pain continues, come over to sick-call Monday morning. (The day of the incident was a Friday.

I then told him that my arm was really beginning to hurt bad, and asked if I could get some medication. Nurse FRANK called the Doctor (Dr. Lee Ho). He told me that he explained the situation to the doctor, and the doctor had said that "if the pain continues, come to sick call on Monday," I then asked Nurse FRANK whether he had explained to the doctor that I had heard a snap in my arm when I hit the floor. He assured me that he had. I was given a prescription for Ibuphrofen, but no x-ray was ordered, nor was I given a sling, and Nurse FRANK seemed not to care if the arm was broken or not. The events before and after are explained more fully in the attached "Chronological Order of Events." As it was later discovered, my arm was actually broken in 3 or 4 places.

Defendant's were deliberately indifferent to my broken bones, my pain and suffering and any further damage to my arm that I might incure if the bone was in fact broken.

RELIEF REQUESTED

(State what relief you want from the court.)

Petitioner seeks monetary damages in the Sum Certain Amount of $8,800,000 Dollars.

Due to the deliberate indifference, pain and suffering, and perminate damage that resulted from the actions of the defendants, plus cost, and any attorney's fees associated with the prosecution of this action.

JURY DEMAND          Yes ☑          No ☐

Signed this ___8th___ day of _____January_____, 20 _20___.

_Daniel Robert Hull_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| DANIEL ROBERT HULL | 05136-090 |
| Address:  Federal Correctional Institution Pekin - P.O. Box 5000, Pekin, Illinois 61555 | Telephone Number: <br> N/A |

8

CHRONOLOGICAL ORDER OF EVENTS:


Daniel Robert Hull  # 05136-090
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois  61555-5000


In Relation to Medical Mis-Diagnosis / Deliberate Indifference to Medical Needs:


**Oct. 12th, 2018:**

   Date of Injury at the Pekin FCI visiting room ... approx. 5pm to 5:30pm.
I am the Captain's Orderly. I have been wotking for four (4) years at both the Associate Wardens Office and the Lieutenant's Office. This is a very trusted position with many responsibilities.

   One of these responsibilities, is to strip, wax and buff the tile floors in and around the Captains Complex.

**Oct. 11th, 2018:**

   I was on vacation from my job duties. I was called into work and told that we needed to get some floors stripped and waxed quickly, before the ACA (American Correctional Association) Inspection came through to inspect the institution. This inspection was scheduled to come through on October 16th. I was told that the Captain's Office, The Lieutenant's Office, the halls, the empoloyees lounge area, as well as the visiting room, all had to have their floors stripped, cleaned, waxed, and buffed out, before Monday, October 15th, per Warden Kallis's direct order.

   So, on this day, (Thurs. Oct. 11th, 2018), we decided to do the visiting room first, as it was the largest; and there were visits coming on Saturday, Sunday, and Monday. This was leaving no time to complete this project in time for the deadline on Monday, if it was not completed first. I, together with my co-worker, started working on the visiting room floor. The Institutional video surveillance system will show us working in the visiting room all Thursday afternnon and evening. **[Note]** I have requested all video footage from all angles preserved, as there are multiple cameras in the visiting room. They will show that we read all instructions on applying stripper to the floors and applying the appropriate dilution as well. It will also show that the stripper solution was not working properly. We decided to quit as the stripper was not working, and working all night would not produce any positive results. We would resume first thing in the morning, when Administrative staff would be on site to advise, and to try to obtain better floor stripper.

**Oct. 12th, 2018:**

   I awoke at 5:00 am, I went to work at 7:30 am. I performed my normal duties cleaning the Associate Warden's Office, and then the Captains'/Lt.'s office. We then told the superiors the problems that we were having the previous day, regarding the stripper solution. It was decided we would re-strip the visiting room floor. We worked all morning and into the late afternoon stripping, got the floor (cleaned of excess stripper) let it dry, and found out, as a result, that there were large patches of floor

that were still covered by wax, because the stripper failed to properly desolve the wax. There were also strange white stains on the tile floors as well. We could not wax over that. We then informed the Captains Secretary whom was supervising this project. Her name is Sarah McKnight. Ms. McKnight then went to seek out the Captain, to look at the floor.

The Captain then came into the visiting room at approximately 2:30 pm, Friday afternoon. **[Video Surveillance will show this]**; and discussions took place. More top staff showed up and 5 gallon buckets of stripper were appropriated from other departments. We told the Captain that we had followed the instructions on the stripper, and diluted with water, (which was called for). We also explained that we had stripped the floor twice and yet could not get up all of the old wax, and strange spots in the colored tile. The Captain asked, 'if we could strip the floor again with more and better stripper, if the floor would come out alright?' I replied, "that I would hope so, that there would be visits coming tommorrow morning, (i.e. Saturday Oct. 13th, 2018), at 8:00 am. The Captain then reinterated if we could get the floor done by 6:00 am, and that it had to be done and done well. I told him that we would do our best to get it done, and I requested a 3rd person to come and help. The Captain agreed to this. The Captain and his staff then ordered us to apply the stripper directly onto the floor undiluted. **Note:** The video surveillance system from the visitng room will show this. Between 2:30 and 3:30 pm, (Oct. 12th) the Captain and Top Staff were present while doing this, causing the floor to be much more slippery than if the stripper had been diluted, as the directions had called for.

I told the Captain when he told me that he wanted the floors done by 6:00 am, that we would do our best to complete the job, he, (the Captain) stated, "that is had to be done." I replied that it's 15 hours of work, as it was presently 3:00 pm, and we had already been working 7 and a half hours. The Captain stated, "he can't order us to work but that he would look out after me, if we pulled it off. I told the Captain my crew and I would be here all night and told him to send food and coffee to get us thru the night.

The Captain and top staff watched us pour undiluted stripper all over the floors. **Again, video surveillance will show this.** The Captain and staff left a short time later. We continued to proceed with working. The camera will show me methodically running the stripper machine in a grid like pattern, making sure that all parts of the tile floor are hit. At that time I am having a co-worker lay down water which makes the floor a little less slippery. After I covered a fair portion of the floor in this manner, I parked the stripper machine, in order to walk over to the outlet to unplug and move the cord. **Note:** The Institutional video from the visiting room will show that I walked off the area of the floor that had been diluted onto a section of the floor where undiluted stripper had been poured, making it much more slippery.

At this time, I lost my footing, and started to do a "Fred Flintstone" routine, in order to try to regain my balance, which I was unable to do. I was going down. I was wearing yellow rubber gloves, ones like they wear washing dishes or scrubbing an oven. When I went down, I put my left hand out to try to catch myself. That yellow rubber glove hit that undiluted stripper and shot my left hand and arm out from under me like a bullet. At which time I heard a loud "snap". [Crack]. The undiluted stripper that was dissolving, was the consistency of snot and extremly slick. I was completly prone, and could not rise up. I asked one of the other workers to help me up, stating please don't leave me laying in this stripper.

**Note:** The stripper is extremly caustic, and will burn one's skin, (which was another reason that I was wearing gloves.) To keep from having to pick up the machine cord while running the stripping machine.

My co-worker then helped me up into a sitting position. I crawled off the tile floor, and sat against a table in extreme pain. Officer Baer, whom was supervising us, came over and asked me if I wanted him to call the compound officers, or medical. My reply was that "I didn't know, to give me a moment to assess the situation." A few moments passed, and I told Officer Baer to call someone. I told him that "I had heard it snap when I hit. The worker that had helped me up, [Martinez], stated that "he heard it snap too." Officer Baer said he looked up from the desk and all he saw was my feet in the air, and that I had hit hard. The 3rd co-worker, Mr. Berry, stated that he heard it and he was all the way across the room and in the mop closet.

**Note:** Multiple Officers have since told me that they have viewed the video footage (noting that it exists) and it shows the entire fall. They have also told me they knew when I hit, that it was hard. I think that they have zoomed in on the fall. It may be required to request any "zoomed in parts of the video as well. This happened around 5:00 to %:30 pm, October 12th, 2018. Pekin F.C.I. Visiting Room.

Officer Baer then radioed for compound staff to escort me to the medical office. Officer Gold then showed up, to accompany me to Medical. Nurse Frank then took custody of me, and we proceeded into the examination room. Mr. Frank then inquired as to what had happened. I explained, in no uncertain terms, that I had fallen, described the fall, and told him that "I had heard it snap, when I had hit the floor." Mr. Frank seemed to ignore this. He then proceeded to ask if I could move my arm, and I replied that I could lower my lower left arm, but could not raise it back up, under it's own power. I then demonstrated by lifting it with my right hand. I told Mr. Frank, that I could not move it in any other direction. Mr. Frank then proceeded to push on my shoulder and arm, stating that he could see nothing wrong. I then said again, "that I heard it snap." Frank replied, "it's just muscular, and that I should take it easy on it, and if the pain continued I should come into sick-call on Monday morning."

I then asked for something for the pain, as it was building in it's intensity. Frank replied, "he didn't think so, but he would ask the Doctor." Frank then escorted me back into the waiting room, then went into another room to call the Doctor in private. Frank then came back with a 400 mg. of Ibuprophen (with **59 refills**) on it. **Note:** I have kept the label. Frank then told me the Doctor said, "if the pain continues, to come to sick call Monday." Frank then radioed compound for Officer Gold. I asked Officer Gold for permission to return to my Unit and change clothes, as I was soaked with caustic floor stripper. Officer Gold then gave me permission to do so, before returning to work.

**Note: *** Before I continue the narrative:** During my Medical Examination by Nurse Frank, I was never asked basic questions. Questions such as; Am I on any medications; Mr. Frank has a very sour disposition, and general negative attitude towards inmates. Mr. Frank never logged onto the computer to bring up my medical history or file. Had he bothered to do so, he would have found out that I have refused almost all medical treatment and subsequent examinations for the 8 years that I have been in this Institution. Another individual would have logically deduced that if an inmate has refused almost all other medical treatment, then if he is here now, and complaining and asking for assistance, then he must really be hurting.

Mr. Frank, had he pulled up my file, would have seen that I am on **baby aspirin**, which causes bleeding. Frank stated that my injury was muscular. If my muscles were torn,

(−3−)

then there would be a greater chance that I would have been bleeding. In fact, the following morning, I was completely black and blue from internal blleding from elbow to shoulder. This was a gross mis-diagnosis.

I then proceeded back to the housing unit, returned to my cell, and started trying to change my clothes, with great difficulty. My friend, Robert Rollings, had to assist me. I was unable to tie my own boots, because I was in so much pain. My cell mate, Graman Barnes, also witnessed this. Upon completion, I asked the Unit Officer to radio the Compound Officer (Gold) that I was in route back to the visiting room, which was my work detail for that evening, (I was still on evening outcount for that particular location), the Unit Officer did so.

I then met up with Officer Gold, and asked him what route to the visiting room we were taking, as there are 3 different ways to get there. Officer Gold informed me that we were going through the "strip out" room, and that he was going to strip search me before allowing me back into the visiting room area. Officer Gold then proceeded to strip search me and my belongings, causing me great pain and discomfort. I am quite sure that he could tell the pain that I was in, due to the difficulty in the process as well as my complaining. After completion of the strip search, I was escorted back into the visiting room, where my co-workers Martinez and Berry, and Officer Baer were.

Upon my return, the two co-workers and Officer Baer asked me what had happened at Medical, which I explained to them. I have been a farmer my whole life, and I have experienced muscular injuries before. I had never in my life felt pain like this. So, aftre explaining to them what had transpired, I attempted to empty and refill mop buckets in order to be helpful and assist in the process of getting the floor done. The pain that I was experiencing was too much, and I just could not do it.

Then sometime, between 8:30 and maybe 11:00 pm., Oct. 12th, I was feeling a little lightheaded, so I then walked over to a set of chairs that were stacked 3 or 4 high, and sat down on them for a few moments. I then sort of hopped out of the chair and let out a gasp of pain, which got the attention of Officer Baer, as well as my co-workers. I walked forward a few steps to another stack of chairs, (which I had held onto) as I was feeling a 'Hot Flush' and about to pass out in pain. The guys, asked me what was wrong, and I stated that, "I heard a noise in my arm when I had hopped out of the chair." I felt that this was possibly fluid or cartiledge or another break happening. All I really knew was I was in great pain, and didn't think that I could have been bleeding out internally due to my prescribed aspirin intake, which could explain the bruising from elbow to shoulder the next morning. **Note:** The video will show all of these events transpiring.

I continued to work the best that I could, throughout the rest of the night and into the early hours of the next morning, (which was October 13th, 2018.) We left the visit- at approximately 5:30 to 5:45 am. We were told by Lieutenant Torrie that we could go to the chow hall and eat short line. However, we were too tired. I had been up 24 hours at this point and had not eaten since 6:00 pm friday night. I then proceeded to my hous- ing unit. I got to my cell, and attempted to undress but was unable to, due to the pain that I was experiencing. I then laid upon my bunk for awhile, but could not fall asleep due to the pain. I then started to shiver and my teeth started chattering. I struggled to sit up and got past that. I then layed there in agony for a few more hours.

At around 9:30 am., I started to shiver uncontrollably again, this lasted approximately 25 minutes or so. I could not stand it anymore. I asked my cellmate and Robert Rollins to go get the Unit Correctional Officer, as something was very wrong with me. Unit Officer Steele came to my cell just before 10:00 am., (Saturday morning) the 13th. He asked me what was wrong. I explained everything. Officer Steele then went to call the Medical Department. He came back to my cell and told me that Medical had told him that I went back to work friday night and that my injury was just a muscular issue and that I should come to sick call Monday morning.

**Note:** I am of the belief that Nurse Daniels was working, and pulled up Nurse Frank's injury report and based her decision solely off of that report; which should show what Nurse Frank's report states.

I then told the officer it was much more than a "muscular issue" and that I needed help. I explained to him that I have refused most medical attention in the past, and that if I am asking for help and assistance now, then I am in distress. At this point Officer Steele allowed my cellie to get me an ice pack to reduce the swelling, as my arm has extreme swelling. Officer Steele then locked us in, for the morning's count.

After count cleared, Officer Steel told me to go see Lt. Fisher, which I did. When I got to the Captain's complex, I went in to see Lt. Fisher, whom was supervising Inmate Ross, whom took over for me, in getting the project done. I talked to Ross for a few minutes and explained the chain of events, while waiting to talk to Lt. Fisher. I then got to speak with Lt. Fisher, and explained the whole chain of events to her. I then told her, I hadn't eaten since 6:00 pm., the night before, and the Lt. said she waould order us food. (Ross and I). Immediately after seeing the swelling in my arm, the severe bruising, and the pain that I was in, Lt. Fisher, stated in her opinion that it was probably broke. Lt. Fisher then called Nurse Daniels and insisted that I go to Medical and that Nurse Daniels was going to give me a thorough going over. (examination). Lt. Fisher stated that Nurse Daniels was still doing pill line, and as soon as she was done with that she would see me. I was to go over there at 12:30 pm. I explained my encounter with Nurse Frank and what he had stated, and how he had treated me. I also told Lt. Fisher that I had told Frank 2 or 3 times that I had heard my arm "snap" when I had hit the floor during the fall. Then Lt. Fisher again offered her opinion that she could see that it was broke through my shirt. I then told Lt. Fisher that I had been trying to tell medical personnel that for 2 days, and it was a relief that someone was looking at my situation for what it really was. It was then approximately 11:30 am, and I went back to my unit until the 12:30 pm move when I walked over to the medical department to see Nurse Daniels.

### Oct. 13th, 2018:

Upon my entering the foyer to Medical, Nurse Daniels was already there waiting for me. As we walked to the examination room, she asked me what had happened. I explained and told her that I had explained to Frank that I had heard it break when I hit the floor. Nurse Daniels got my shirt off, as I could not remove it, this caused me a good deal of pain. Nurse Daniels took one look at my arm, and immediately picked up the phone and called Dr. Lee Ho, she stated to Dr. Lee Ho, "Dr.Lee Ho, Frank called you last night about Inmate Hull?"... Pause ... (nurse Daniels) "I am looking at him right now, and his arm is swollen two to three times it's normal size, and he is black and blue from elbow to shoulder." ... Pause ...(Nurse Daniels) stated then, "that I should go out for a minimum of x-rzys and possible MRI," ... Pause ... then the telephone conversation ended between Nurse Daniels and Dr. Lee Ho.

(−5−)

Ms. Daniels then turned to me and stated that, "They were going to send me out." We then walked to the Lieutenant's Office. Ms. Daniels then conferred with Lieutenant Fisher. Lieutenant Fisher then came out of her office and told me that they were going to send me out to the hospital. I then sat in the Lieutenant's Office and ate some of the food that Lt. Fisher had previously ordered for Ross and I. The Lieutnant's office prepared the necessary paperwork in order to transport me to the hospital.

An amount of time passed, and Lt. Fisher assured me that it would be soon, and I would be going out. At that point I had a conversation with Lt. Fisher about a concern that I had. She inquired what the concern was, and I replied that I had been transported before and I knew I had to be stripped out and searched before leaving the Institution, and that worried me, because I cannot button my pants, shirt, or tie my own shoes without allot of pain. Lt. Fisher replied, that I shouldn't worry about that, they were going to take care of me. At that point, I assumed she was going to notify the transport staff of my injury and my problem of dressing myself.

A short time later Officer Derry, came into the Lt.'s office and asked if I was ready to go. I was. ... We then went to the R & D (Receiving and Discharge) dapt., where I was told to dress out. I explained that this would be difficult, due to my shoulder injury. Derry told me to do the best I could. I had no assistance, and had to "properly put my t-shirt on utilizing the arm which which was broken, placing it inside the sleeve of the shirt. Both of my hands were lowered so that Officer Derry could handcuff them, thereby causing me extreme pain by making me move my shoulder. Upon getting to the transport van, Officer Derry then made me move all of the way across the inside seat row, to sit behind the driver's seat. Officer Derry followed me inside the van to secure the seat belt under my injured arm and shoulder and strapping it down hard. During this time Officer Derry had shoved his hand under my broken arm between my bicep and rib cage causing me an extreme amount of pain. We then proceeded to drive to the Hospital.

Once at the hospital, Officer Derry climbed back into the van to undo my seatbelt. Upon pulling the seat belt out from under my arm between my bicep and rib cage, which again caused me an enormous amount of pain, as well as a difficult manuveur being hand-cuffed and bellychained. I then exited the van and went into the hospital.

At this time we proceeded into the waiting room. Transport Derry and his Partner, Officer Vicary, started talking to me, telling me that nothing could be done here for me today because my injury was only muscular, which would not show up on the x-ray, and an MRI could not be done here today. **Note:** The Officer's comments to me, were based on the report that Mr. Frank had filed, (i.e. his diagnosis of my injury);

My reply to these statements and opinions of Officer Derry and Vicary, was that I had been a farmer all of my life, and I had experienced "muscular injuries" as I have never broken any bones before, and this felt a whole lot worse than any "muscular injury" that I have ever had. It was then commented again by the two officers that they were of the opinion that I was suffering a "Muscular Injury." I replied, well we will see what the x-rays show, and what's what."

A short time later we were escorted to the X-ray room, by the X-ray technician. She asked me what had happened. By this time I had been awake for 34 to 36 hours. My reply was that I had "fell on a stripper." She asked, ... "What?" The Officers then laughed, and asked how I got out of Prison? I then had to explain the whole situation realizing that what I had stated, seemed confusing and funny. We did the X-rays and then were escorted back to the waiting room. At some point I was given a Vicoden, and we waited.

(-6-)

A short time later, the Doctor came in and told us that my arm was broke in two or three places. He submitted a referral to see a specialist... A nurse or a P.A. then came back in and proceeded to help me get my shirt back on. I asked the nurse /P.A., "if I could leave my left arm out and just put the shirt over my shoulder, as it was extremely painful to try to put my broken arm back into the sleeve, as Officer Derry had me do earlier. (As well as Officer Gold the night before while being stripped searched); the nurse/P.A. said that would be fine. ... I then looked at Officer Derry, and asked, "If this was okay with him?" C.O. Derry stated "that's fine."

At the time that the Doctor had told us, that my arm was broken in two or three different places, I had looked at C.O. Derry, and his attitude and demeanor seemed to visibly change. Not only did I see (what I assume to be) remorse, but also disgust, knowing that Frank had mis-diagnosed me. At that time, C.O. Derry also commented that 'he was only going to handcuff one hand due to the shoulder break.' I thanked him. I was prescribed a narcotic at the hospital. Officer Derry informed them, that the most I would be allowed to get would be a Tylenol 3 with coedine. They then changed the perscription.

I was then escorted from the hospital to the transport van. This time Officer Derry placed me on the passenger side of the van, then strapped me in, paying close attention not to agitate my broken shoulder, thusly strapping me in over the right shoulder which made the rough ride much more comfortable; (unlike going to the hospital with my broken shoulder strapped with the seat belt.)

We arrived back at F.C.I. Pekin around _____ p.m.? (I want to say around 5:00 pm, as I had been up (awake) around 36 hours. 18 of which was being in great pain from the broken shoulder. Once I arrived back, I had to change out of my transport clothing. Officer Derry was very helpful and understanding of the whole ordeal, even helping me with my shirt. I have no ill will towards Officer Derry, as he only treated me initially the way he did, due to the flawed diagnosis from the medical report. When he learned that my arm was truly broken, his whole attitude changed, knowing that I was not fabricating my pain or condition. After which his deameanor and treatment was very professional and compassionate.

After changing clothing, Officer Derry took me into Medical. Mr. Frank was there. Officer Derry gave Frank the Medical papers from the hospital, and commented to Mr. Frank, "Good cal Frank, last night you sent this man back to work with a broken arm, in multiple places!" At that point Frank got visibly upset and got an attitude. His voice tone was that he was very mad or upset. (I feel that the professional thing to do was to apologize, but none was forthcoming.)

Right after C.O. Derry made this comment to Frank, Officer derry explained that the hospital wanted to give me a narcotic, which Officer Derry explained that I could not have, and told Frank that they wrote the 'script' for Tylenol 3 with codeine. Frank looked the papers over, and then looked at me, and stated that "he didn;t think that I could have Tylenol 3's, and that Ibuprofen would be better for me." ... At this point, I'm a little more than ticked off. I said, "What do you mean I can't get a pain killer?. my fuckin arm is broke!" .... Mr. Frank responded with, "well I'll call the Doctor and check if you can have Tylenol 3's, but I think it will be Ibuprofens." I shook my head in frustration, and walked away in disgust of the treatment that one in my condition received from this individual associated with F.C.I. Pekin's medical department. ... Officer Derry walked me right over to the Lieutenants Office.

(-7-)

When I got to the Lieutenants Office, Officer Derry reported in. I began to talk to Lt. Fisher, and thanked her for all she had done for. I then began to tell her if it had not been for her, I would not have gotten to the hospital. She replied that she had told me, "that she would make sure I got taken care of." I explained that she was right about my shoulder, and that it was broke in multiple places. She stated that "she knew that when she could see it through my shirt!" I then began to tell her about the perscription situation with Frank, and his refusal to fill out the hospital script. **Note:** Officer Derry is still present during this conversation. **Lt. Fisher,** then tells me, "Hull, I told you we would take care of you, ... go to pill line at &:30 pm., and if you have a problem, you let me know." I thnaked her again, and asked if I could go to chow, she gave me permission to do so, and I left the Captains complex.

Then at 7:30 pm. October 13th, 2018; I went to pill line. I had been awake for approx. 38 ½ hours. I get to the window, and Frank is working. I asked as politely as I could, "If my pain pills came in?" ... Frank did not verbally respond, but with 'an attitude'| pulled open a drawer, retrieved some pills out and crushed them up in a paper cup, and slid them underneath the window to me. I took them and even thanked him. His attitude and demeanor suggested to me that Lt. Fisher had called him, and perhaps read him the riot act for not only mis-diagnosing me, but also giving me static about the pain meds that he was not wanting to give to me.

On the way back to the unit, I encountered Officer Gold working the compound. He asked how I was. I told him I just returned from x-rays, and that my shoulder was broken in mulitple places, and that Frank had sent me back to work for 12 hours with a broken shoulder/arm. Then I commented about, "and these inmates think they are so tough!"

After pill line, (Oct. 13th, 2018); I returned to my housing unit. Officer Snow and Officer _____, were standing out front of the unit. I told them what had happened to me, and stated that between the pain meds, and the fact that I had been awake for 39 hours, could I have permission to go to sleep early, (as we have to stand up for evening count at 9:30 pm) and that my cellie would leave the light on, so that they could see me in the bunk. They responded in the 'negative'|. They stated, that I have to abide by the rules, ... so I forced myself to stay awake another hour and a half. Thus, this whole ordeal had kept me up for some 40 hours straight.

Oct. 14th, 2018: I got a little sleep the previous night. Mr. Frank had crushed up my medication, so it went through my system a whole lot faster than a time release pill. It was the weekend, and we are not enforced to have to wear our khaki's, and boots. (which require being tied); I saw Lt. Fisher at the chow hall, and she inquired as "to how I was doing." I told her that getting into my clothing, boots, shirt, etc. was an extreme problem. I asked if there was the possibility I could get some "bus pants, and shoes, etc." **Note:** (These are the clothes that transport inmates wear, as in elasctic waistbands, slip on shoes, etc.) Lt. Fisher responded to me, with "Go to Medical, and that it would be taken care of." I went later to medical, and it was either Ms. Daniels, or Nurse Bungard, that wrote me a pass to wear gym shoes, sweat pants, sweat shirt, until I am healed. **Again, ... Lt. Fisher has done more for me, than Medical has.**

Oct. 15th, 2018: I went to Medical, (Monday); RN Ms. Bungard issued me the pass for the wearing of the sweats instead of the prison uniform. While I was there, I told Nurse Bungard that the triangular sling that Ms. Daniels issued me on **Oct. 14th,** wasn't working. It was allowing my arm too much movement and causing me pain in my broken shoulder.

(–8–)

I then asked if they had a sling that cuffed my bi-cep and my wrist, so that it would stop movement of my arm. Nurse Bungard stated that she would "go look for one." She later came back with a 'shoulder immobilizer', which worked much better. Ironically when I later went to the specialist, that is exactly what he prescribed. ... I thanked Nurse Bungard and returned to the housing unit. I then gave a copy of my 'medical pass' to the Unit duty officer, so there was a record of this in the office, regarding me being aloowed to dress 'improperly'.

Before I left medical, Nurse Bungard told me that, "my perscription for Tylenol 3's with codeine, was going to run out today." My reply was, ... "What?" "I got a dose on Saturday night, and 2 doses on Sunday, (at lunch and 7;30 pm, and (Mon. at lunch). Nurse Bungard, replied, "Sorry, that's all that it was written for." I replied, "Your kidding, I have a broken shoulder, and I only get pain meds for two days?!" I told her that she just approved extra blankets and sheets to aid in my pain and sleeping, and now, I'm being told, 'no more pain pills?' She replied, "let me go talk to the Doctor, and see what I can do." ... She came back momentarily and told me, she got the T-3's approved for a few more days. After that I was given a script for Ibupro-hen 800 mgs., and thats all I have had since for pain. (they do almost nothing for the pain that I am experiencing.)

Oct. 16th, / Possibly the 17th: I saw the Captains Secretary, Ms. McKnight, who asked me to stop by her office. I did so. She inquired as to how I was doing, and I told her that I was "going to go after Frank and the Medical dept." (meaning the filing of a complaint, and litigation) Ms. McKnight then stated to me, "that the Captain's Office would back me." I told her, (McKnight) that I harbored no ill will towards any other staff." ... Ms. mcKnight then discussed my pay, we agreed upon that I would continue to receive 75% of my last check monthly until I am cleared to return to work. Then, Ms. Mcknight asked me to sign a form stating that all safety measures were used, in the visiting room, and that I had been fully trained and such. I signed this, ... due to their promise the Captains office would back me concerning my complaints against Medical. So, I did not put the Captains/Lieutenants' Office on my Administrative Remedy process.

However, ... the video will clearly show that safety measures were not followed. I was ordered to pour stripper solvent directly onto the floor. We worked a 23 hour shift, and why I would be asked to sign safety procedure papers, after an injury, instead of before starting the project, is beyong me. I have never been trained or have been put thru safety measures, and there is NO Paperwork they can show, prior to injury.

Plus, ... there was the attitude, that if I did not sign the papers, I would not get paid, and the Captains Office would not back me concerning medical. ... I then left the Captain's Office and went to the Associate Warden's Office, where I spoke with Ms. Morris, and explained that I was going to file on Medical. She stated that, "It was wrong to be mis-diagnosed like I was."

Oct. 17th, to Oct. 22nd, 2018: The Institution was on lockdown. During this time, not one person from medical attempted to check on my condition, and or well being. When Medical came into our Unit, I banged on the door to try to get their attention, and finally got the attention of Lieutenant Shcier. I explained to him that I had been on Tylenol 3 with codeine, and have not had a bowel movement for 6 days. Note:(This conversation took place on Fri. Oct. 19th) [I think] ... The Lt. then notified the Unit Officer to notify medical staff, who then did prescribe a laxative. It should not have taken a week to see medical. This should be deliberate Indifference.

(-9-)

Oct. 24th, 2018: I went to Medical at lunchtime, and explained to RN Bungard, I am unable to sleep due to pain. I am averaging 5 hours a night and it is taking it's toll on me. I also informed her that I cannot get comfortable with my broken shoulder, and asked for extra blankets, and sheets to prop and position myself with. She told me to come back at 12:30 pm./ I went back to RN Bungard, wrote up a permission slip for the extra blankets and sheets. She then checked to see if I could get a pain killer or something to assist me in sleeping. RN Bungard informed me Ibuprophen would be all I would be getting, ... I then left in disbelief.

Oct. 24th, 2018: I wrote an electronic Cop-Out (Request) to medical Records (e-mail) requesting **all reports, memorandums, and subsequent paperwork** surrounding my injury, ... and as of 11/19/18, I have not received anything.

Oct. 25th, 2018: Officer Gold worked my Housing Unit, (which is Iowa One). After count cleared, I spoke to him concerning my broken shoulder, (as this Officer is the one who had escorted me to Medical the evening of my injury, and who stripped searched me per the Lieutenant's order, after I was released from medical. **Note:** My arm was broke at this time, and the forced strip search very well may have made it worse, and caused more bleeding.) We discussed that Pekin Hospital found only 2 or 3 breaks. I then told Officer Gold that during the lockdown, I was taken out to see a Specialist, who did more x-rays, and found **4 to 5 breaks.** Mr. Gold commented that he had talked to a Lieutenant (Didn't say which one); and said that he told him (the Lt.) that inmate Hull was one tough guy to work all night with a broken shoulder. I replied that I had to, as Mr. Frank would not medically lay me in, and I was on the outcount to be in the visiting room all night.

Oct. 25th, 2018: I submitted my BP-8 (Administrative Remedy) to Ms. Poisal, (Iowa Unit Secretary).

Oct. 28th, 2018: I had a conversation outside the chow hall during the lunch meal, with one Mr. Bungard. (This is the husband of RN, ... Ms. Bungard); Mr. Bungard knows me very well, as he escorts me every Sunday to the Male and female Officers' locker rooms, showers, and breakrooms, as I clean them, (as a Captains Orderly). Officer Bungard told me that he had seen the video and had read Frank's report. (**Note: In confidence,** he told me I had a lawsuit.) During this converstaion he told me that Frank was trying to get out of it. I replied, "what do you mean by that?" Bungard then stated, "Frank was trying to change the report." (**Note:** upon going to Court, it may be necessary to get a forensic analysis, to see if indeed the records (electronic) have been tampered with and erased and changed.

I asked Mr. Bungard, that I didn't think Frank could change the record as Fact remains that I had told Frank that I had heard my arm "snap" and he still sent me back to work. Mr. Bungard said a search of the computer records would show any changes. I thanked him, and then asked for a favor. I asked him if he would please ask his wife, to put a bug in the medical records staff, that I was in need of those records, and that I had submitted an electronic cop-out for those records. Mr. Bungard stated that he would do what he could. I thanked him and left.

Oct. 30th, 2018: I was on the Institutional callout for the flu-shot. I have refused for 10 plus years, but they still put me on the call-out for this. Upon entering Health care Services, HSA S. Johnson was standing there. I told him that I had a "written" cop-out requesting my medical records. he told me, "that he didn't want it." I stated that "your the Health Services Administrator and this request concerns my injury." "Are you refusing me to give this to you?" He relunctantly took it.

Oct. 30th, 2018:   After leaving Helath Care Services, I went directly to the Captains Office. There I encountered Lt. Biegler, whom asked what was going on. I replied I had a cop-out for the Captain. Lt. Biegler asked how I was, and I then took the time to fill him in on the particulars. I explained to Lt. Biegler that I had a cop-out for the Captain which requested the preservation of the video footage from the Visiting Room, all angles, and zoom-in's. Lt. Biegler then told me that I would not get a copy of the video footage. I replied that, "I understood it was a security issue, and that I am requesting this be preserved in case I have to go to Court, with health Care Services and Mr. Frnak. I stated that I should be allowed to receive the notes and reports that were generated from the Lt.'s/Captain's office. Lt. Biegler stated that "he would put the request in the Captains mail-slot", and then did so, in front of me. I thnaked him and left the Captains Complex.

Nov. 1st, 2018:   My Bp-8 complaint had been returned, wherein it stated that I had been properly assessed (? ilegible) by phone!!!  So, ... I proceeded with having the subsequent BP-9 prepared on my behalf and submitted it to Case Mgr. Ms. Carter, whom is suppose to deliver it to the appropriate staff member. (i.e. the administrative remedy co-ordinator).  Currently waiting on the repsonse.

Nov. 8th, 2018: I was called to the Lt.'s office. I told Officer Marco whom was working the Housing Unit, that I needed a few minutes to get dressed and ready, (as I was napping, due to lack of sleep). As I was ready and headed for the exit to go, "dueces went off" (Note: this is the term used for an Institutional emergency response) such as a fight or other security concern. After a time, another officer came to the unit to escort me to R and D. (Receiving and Discharge) I was there to strip out as I was apparently going to the Physical Therapist. Officer _____ and C.O. Hook escorted me on this trip. I was taken to OSF (Order of Saint Francis) /Midwest Orthopedics in Pekin, Ill. We were called into the therapy room, where Physical therapist Mark Fabish, introduced himself to me. He asked how my injury occurred. I explained, as he pulled my file up on his computer and my x-rays. He then explained to me that an injury such as mine, that I would be "lucky" to get 80% usage of what I had before the injury.

(Note: I am a farmer and Truck Driver by trade, and 90% usage or less will greatly affect my work performance for the rest of my life. This does not cover or mention the pain and discomfort every time the weather changes, especially if I am working on the farm or loading/securing a load on a truck, and even driving. While driving, my left shoulder is the injured shoulder, and in a truck, you must use your right hand/arm to shift the gears. This places the burden of utilizing your left arm/shoulder to take control of the truck's steering wheel. While turning and shifting this will prove to be difficult with less than 90% usage.

The physical therapist then showed me 4  exercises to do. I tried them, and he printed out an instruction sheet for me to look at, and how many reps and times a day to do them. That was the extent of that visit. We were done in under 30 minutes. I then asked before we left, how long this was going to take, (me being in physical therapy) he replied approx. 4 months. (give or take). I then asked what the "overall healing time would be?" He replied "6 to 9 months give or take." I was then transported back to Pekin F.C.I.

Nov. 8th, 2018: Upon arriving back at FCI Pekin, I was then taken straight to Medical, where the Officer handed the apperwork to Dr. Lee Ho. Dr. Lee Ho then stated that he was going to make a copy of the exercises for me. I waited and he copied the paperwork. I then returned to my housing Unit.

(-11-)

Complaints: ... Medical: Prison policy states; one must go through the chain of command to resolve an issue with staff. I will use Medical as an example. My appointed Doctor has been and is for the last 8 years, (Dr. Moats). ... When I have a complaint against Dr. Moats, (which I have); the next in line of the chain of command, ... is HSA (Health Service Administrator) S. Johnson. He is supposedly the top staff member in Medical/ Health Services Department. Hence, HSA Johnson is responsible for the administrating of Helath Services. ... When HSA Johnson cannot resolve the issue, (complaint); here at FCI Pekin, the Clinical Director is Dr. Scott Moats. So, then the Clinical Director gets to decide on complaints on him through the health services administrator, against the head doctor, whom are all one in the same. This is a very convuluted system.

November, 28th, 2018: ... In the A.M., I was called out for a medical trip to Physical therapy. We transported to the medical Office. The transport paperwork stated that my appointment is at 7:30 am, Nov. 28th, 2018. ... We arrive in the parking lot. There are no cars there. No lights on in the Office building. The place is closed. We sat in the parking lot for some 30 minutes. **(This had to be a security policy issue, that went unchecked).** The place opened up at 8:00 am, and we were allowed to proceed to my appointment. The issue here, is/was the incompetence on many levels by medical staff here at pekin.

November, 29th, 2018: ... I was called out, right after lunch, to get dressed out and was told "we are going to Peoria for x-rays". I was scheduled for x-rays 3 weeks after my last Peoria trip, and it's now been 5 or 6 weeks. We get to the appointment, and Officer Demorrow and Cape, escort me to the Secretary's Office to check me in. The secretary asks, "why we are there?" The officers look at each other and tell her, (again) for an appointment for Mr. Hull. The Secretary responds, "that mr. Hull's appointment was for earlier, and the Doctor has left for the day." We were then sent back to the Institution. It has been 2 more weeks, and I have not been back out for the x-rays that were suppose to have occured 3 weeks after my last appointment. Once again, ... this is a pattern of incompetence on scheduling a simple Doctor's visit, when they are suppose to be competent professionals and do this sort of thing everyday.

December 4th, 2018: ... I received my response to the BP-9, that I submitted on November 1st, 2018, which took over a month to get back to me, wherein policy it states 20 days. The response itself sidesteps the facts, in regards to staff, (i.e Frank)'s unprofessional and mis-diagnosis. I'm told that "staff is held to a high standard" ... etc. The Warden states, "there will be an investigation in which I am not entitled to receive any information regarding the outcome of said investigation. Point blank, the B.O.P. has stacks of policy to stop inmates from obtaining information benificial to them, against the B.O.P. (Take the above investigation for example) They sent the BP-9 back to me past the time that is permitted by policy, **however,** if I am the one whom is late in submitting my paperwork in a timely fashion, I am time barred. ... Aslo the Warden's response shows that he did not review the facts and documents. Mr. Frank's own assessment report of my injury states: "No sign of fracture or break." (Even though I specified that I heard it break and cannot move my shoulder). This injury will affect me for the rest of my life, and someone should be held accountable. Everyone is using policy to "sidestep" the fact that, **A)** I was ordered to do this, (pour **pure stripper** on the floor) and **B)** Mis-diagnosing my shoulder when I received 4 or 5 breaks in it, and allowing me to return to work. **Note \*\*\*\*\*** All the documentation concerning this has been ignored. Only papers that have been turned over to me are the basic medical record. The notes, and all memorandum generated that I have been asking for, has been denied me, in order to not having allowance to the full record.

December 10th, 2018: ... The trip to Physical therapy this morning was **cancelled.** Officer Robbins was escort driver. We waited for _____ out from 8:10 to 9:00 am. I stood outside in the cold for 35 minutes. My appt. was cancelled by the Institution due to being 30 minutes late, before we even left the institution.

December 14th, 2018: ... Still have not gone out for the x-ray, (which was suppose to be done on 11/29. I cannot proceed with physical therapy without an updated x-ray.

12

December 17th, 2018, (Monday Morning)... I was on the callout to go to Medical, to see the Clinical Director, (Dr. Moats) [my assigned Doctor for the last 7 years]; This was a Chronic Care follow up. After this was completed, I started to question him on my broken shoulder. He, [Dr. Moats] didn't know what was going on with me, (or so he stated); I explained I had missed my x-ray follow up, (in Peoria), and that it was 6 weeks late. Again, [he] claimed ignorance, yet he is the Clinical Director, whom is in charge of approving medical treatment and outside prison trips. I was getting absolutley nowhere in talking to Dr. Moats, so I left feeling like I had an encounter with the Spin Doctor.

December 17th, 2018 Monday Afternoon... I was called out to go to physical therapy in Pekin. We get there, and I am in physical therapy, and we find there is allot of "clicking" and "popping" in my shoulder and arm. The Physical Therapist told me that what I am expericencing was "arthritis". I replied that I have never had any issue like this before breaking my arm. [He] told me that this was common. We then discussed whether I have had my x-ray or not yet. I then replied No, not yet. The therapist then told me that again, "we cannot progress to more intense therapy to acheive healing, **until** we get the x-ray."

I then suggested to the therapist that he write a request on the medical documentation, that the officers must submit to the Medical dept. upon my return to the Institution, (after each medical trip), ... for the follow up x-rays, so that he can progressivily treat my shoulder, and he did so. We then left (the officers and myself) for the return trip back to the Institution. The transporting officer turned all documentation over to Medical personnel staff member Frank, whom read it, and said "okay, everything is good," and then sent me back to the housing unit.

Note: *** I am suppose to go to therapy **twice a week** for optimum treatment and healing. The week before this I only went once. Then went on Monday Dec. 17th, 2018. Then I waited the rest of the week, as I was never called out for my secondary therapy for the week. I was a little confused by thi, as we will see my therapy was cancelled???

December 26th, 2018: (Wed. Morning)... I was called out to see the Doctor in Peoria, for the follow up x-ray. **7 weeks late**, from what the Doctor had originally requested. We got checked in, and I received my x-ray, then met with Doctor Merckley. (I believe that's his name) He went over my x-ray(s) and stated that, "I was healing pretty good, about 80%." I told him about the "clicking" and the "popping" sounds in my arm and shoulder. He stated that, "this was common, and it is caused by scar tissue." **Note** *** This is in complete contradiction to what the therapist had stated to me. I then told him about the large lump on top of my shoulder, that stops my arm from going over my head. [He] stated that this was "scar tissue and could take up to a year to go away." I then asked about going back to work. [He] explained that even though I was 80% of the way healed in the fractures, my fractures had cut off my blood circulation to the ball of the bone, and that there was the possibility for the ball to collaspe for up to a year." The Doctor ordered no repititious activity with my arm, and for me to continue physical therapy at work; (all my work is repititious.)

The Doctor said he needed another x-ray **60 days** from todays date, then he would release me for work if x-ray was found to be good. The the Doctor then wrote all of this in the medical documentation, (that the officers deliver to FCI Pekin Medical dept.) and we returned to the Institution.

December 26, 2018: (Wed. Morn. cont.)... We returned to the Institution, and get to medical. We walked around medical to look for someone to turn the documentation into. Dr. Moats is in an office, with an inmate. So, ... we continue walking around looking for someone, and there was no one to be found. Fianlly Dr. Moats gets done with the inmate and the transporting officer gave the paperwork to Dr. Moats, and then leaves. Dr. Moats then reads the documentation and states that Frank had told him about this; he then commented "that the physical therapy had been cancelled until the x-rays were completed." I replied, "What?" ... that "no therapy was suppose to be cancelled, that it just could not proceed to the next level of therapy **without the x-rays. Note** *** This tells me that Frank interpreted the therapist's Notes for further x-rays as a cancellation of my therapy! **Thia again,** shows the incompetence of Mr. Frank.

13

December 26th, 2018: (Cont.)... I have now been a week and a half without therapy. My arm is all stiff again, which causes my treatment to "go backwards" and not forward. This is not benefiting my rehabilitation. Now, I have to wait until the Institution again approves my therapy.

December 27th, 2018:... I talked to my immediate supervisor, Ms. McKnight after lunch. I explained to her what the Doctor had said about my shoulder, and returning to work. Ms. McKnight said she would talk to the Captain and see what the next step would be. I thanked her and left.

December 27th, 2018: Upon leaving Ms. McKnight's office, while I was walking back to my housing unit, I noticed the Captain standing in front of the chow hall. I approached him, and he asked how my shoulder was. I showed him how far I could lift my arm, and at what point it seized up, (and couldn't go any higher); but that progress was being made. [He] said "good". I then explained to him that I had seen the Doctor in Peoria the day before, and he inquired (the Captain) as to what the Doctor had said. I explained about the 80% healing, but the problem with the blood flow to the ball of the bone, and that the Doctor would not clear me to return to work for another 60 days and one more x-ray. The Captain told me "not to worry, that I didn;t do anything wrong, and as soon as the Doctor clears me, my job would be waiting for me." I thanked him, and told him I take me job seriously and felt I was letting his office down, leaving them hanging, without a good worker, the Captain reinterated, "not to worry, my job is secure when the doctor releases me.

Filing of BP-8: At this point I should file another BP-8 regarding the cancellation of my physical therapy which was based upon Mr. Frank's recommendation to the Doctor at Pekin. The hard record will plainly show that all the physical therapist asked for, was an updated x-ray, which should have been completed many weeks ago. However, Pekin medical staff used this as an excuse to cancel my physical therapy, causing me to fall way behind on my rehabilitation. All of the muscles have tightened up, and it is very painful. There is no valid reason, that therapy should have been cancelled other than the cost related expenses which means more than the rehabilitation of the inmate.

As for the filing of the BP-8, there is a rampant disregard for policy and the well being of my health. If I continue to file on each thing and instance that comes up, it will be several years before I can get to Court. If I were to file a BP-8 today, (which is the start of the Administrative Remedy process) by the time I get thru the process of the BP-11, it will have taken almost a year. The Supreme Court has ruled once it has been established (the issue) and has been addressed, and denied, it is not required to follow Administrative remedies on each issue. ... This is where we are at.

BP-8 / BP-9 / BP-10 / BP-11 Rulings: It has become quite obvious, that staff reviewing my complaints, rule in favor of "other staff" and their statements, without thoroughly investigating the facts and paperwork. Example... my original BP-8 complained of medical misdiagnosis. The response was, that I was properly assessed and diagnosed. How can this be? I told Mr. Frank, that "I could not move my arm," and that I heard it break, he insisted that it was nothing more than a muscular issue. The pekin Hospital the next day, showed that the x-ray indicated it was broke in 3 different places. Whereas all the BP-8 reviewer had to do, was look at the x-ray results! This would have determined that I was not properly assessed!

Records: ... Time limits for BP-8's are 20 days. I placed a request for records from medical, and they responded that they do not have to respond for up to 3 weeks. This makes it extremly hard to file an accurate BP-8 concerning a medical report, such as what Mr. Frank wrote to me.

January 2nd, 2019: ... I was called out for a medical trip to the physical therapist. He worked my arm and shoulder pretty good. I had (by this time) missed multiple sessions due to physical therapy being cancelled. I was sore much more than normal. After this session, as my muscles, tendons, ligaments tightened back up from missing the prescribed 2 therapy seesions a week. ... I also went only one time this week.

January 6th, 2019: ... The physical therapist had instructed me to start using my arm and shoulder in more normal everyday activities. I have been doing so. On this Sunday, I decided to try shaving the top of my head with my injured shoulder/arm. This was going well until I got to the crown of my head, whereas the mach 3 razor took a large chunk of skin. I didn't notice this right away. I switched hands and felt a few nicks. I was shaving in the shower where it's dark. When I stepped to the curtain to look at the razor in the light, a large chunk of skin was in the blades. I then felt my head, and when I looked at my hands, they were covered in blood. I rinsed my head for a longtime, as I am on baby aspirin, and this causes (more than normal) bleeding, as this thins out one's blood. I returned to my cell and got a bandage on it. I had to place a guaze type of bandage, which I changed throughout.

January 7th, 2019: ... I woke up and checked the dressing (bandaged area) which was full of blood, and proceeded to change it again. (I changed this out two more times before lunch.) At lunch I then informed Lt. Schier of the situation, he called medical and sent me over to see them. Upon arriving, I saw Mr. Frank, whose 1st statement to me, was: "What did you do now?"  ... I thought to myself, 'what did he mean by that!' as I have hardly been to medical since I have been incarcerated here.  I explained to Mr. Frank what the therapist had told me, ... and what had happened that caused me to cut the top of my head.  Mr. Frank then proceeded to examine the wound and commented to me, that, "I should tell Lt. Scheir to calm down as it's not that serious."  (I thought that Mr. Frank should deliver that message himself, as it's not professional to send an inmate with a message to staff like that.) Staff would consider that message to be insubrdination!  Mr. Frank then proceeded to try to be friendly, with me while working on the cut. Note*** It is a fact, that Mr. Frank is never friendly with any inmate. He is known throughout the compound for always having an attitude. [He] stated that he had a 'gell pak' for the wound, and then explained he would place a dressing over that. He then proceeded to give me some extra bandages (2) and I returned to my housing unit. I sat down and played some cards when one of the other inmates stated: "Oh shit! You have blood running all down your head and face." I then went to my cell, as I was still bleeding like crazy. I pulled Franks dressing off, cleaned off the gell, and "Tom" from cell 113, placed a new dressing on my head. I then went back to playing cards, and a few hours later the dressing was again full of blood. We changed it out again, and two more times that night before lock down.

January 8th, 2019: ... I woke up, and the dressing was full of blood. "Tom" helped change it out. We did so again, beofre luch time. I was still bleeding. I saw and told Lt. Schier at lunch that I was still bleeding, and the fact that Mr. Frank only gave me two bandages. I explained that I really need to go back to medical and get "dressings" for my head. Lt. Schier told me to go ahead and do so. I get to Medical and the door is locked. I saw Mr. Frank as well as other medical staff going to lunch. "They" asked , what I needed? I explained that I had talked to Lt. Schier and the fact that I was still bleeding and that I needed more bandages. Mr. Frank bacmae indignent, and asked "why are you still bleeding?" Frank did say that Lt. Schier had not called him. I replied, that I didn't know about that, but I did know that I am still bleeding and that I needed more bandages/dressings. I inquired as to whether or not he was going to help me. Mr. Frank again acted "put out" and stated, "Come with me".  We went into the staging room and I showed him my head. (the top of); he said, "Yep, your still bleeding!" Frank then gave me 5 more large dressings, and acted like we were done. I asked him, "if I am still bleeding tomorrow, whether or not I should come back?" He stated if tomorrow, it was still bleeding, he would seal it with a piece of plastic. Since Frank was in a big hurry to go to lunch, he actually did not change out my dressing. I went back to my unit, where Tom changed it out for me, and put a new dressing on it.

15

January 8th 2019 Tuesday... 8:00 Am was called out for med trip to Physical Therapist. Was Told I had to hurry as I was already late. So I rushed out. we got there 2 minutes late. Went through physical Therapy and before we left I asked The physical Therapist how much longer I have in Therapy. he kind of Shrugged. I commented Month and a half or two. he said thats about right. then commented we have to get you better and back to work. I didnt think much of that comment till talking to DR. Lecho (see next paragraph on Lecho)

During the Physical Therapy Session The Therapist and officers Steel and Robbins were talking as they usually do... The Therapist made a comment that he didnt know what happend to the guy that was Comming in the wheel chair. officer Steel Said he filed a Law Suit so the Therapy was most likely cancelled. I said if thats the case mine will be cancelled next. the Therapist said why. I Said cause I have a Law Suit in Process. officer Steel chimed in and said No yours is Different you were injured while at work Doing what you were told and that Frank misdiagnosed you. The therapist Said really. and I explained some of the situation. the officer asked Therapist if he was ever called to court to testify. Therapist Said sometimes but mostly for Depisations. officer Steel then said the guy who got Therapy cancelled was suing for injuring himself while Playing Basketball. 2 different situations.

I then returned to Pekin Prison....

January 8th 2019 Tuesday.... 9:30 Am We returned to Pekin Prison from therapy. while on the drive back we were conversating and Nurse Frank came up. I had mentioned what Frank said I should say To LT Sheer about calming down. the officers Steel and Robbins said thats very UNprofessional and he should not be saying things like that. I agreed...

We are back. we Dress in, then proceed to medical. where we see Dr Moats in the Hallway nicetys are exchanged. Dr Moats Said Frank was at the end of the Hall, for us to turn in the Paper work from the Therapist. Dr Lecho heard us and came out of the office and said he would take that Paperwork. I told him No Changes. The therapist only writes on paper work when there are changes....

Dr. Lecho then asked me how I was doing and asked how my shoulder was? I was a bit taken aback by this as this is the first time since I Broke my shoulder, that anyone from the medical staff here at Pekin showed any concern for my well being and No one ever asked how I was or checked on me, unless I complained.. I replyed I was making progress. officer Steel was witnessing the whole conversation. Dr Lecho then asked how long I had left in therapy. I said its funny you ask that as I asked the therapist today how long I had left. Lechoo said what did the therapist say?. I Said month and a half to two months give or take. Leeho then said we will continue therapy then. I said thank you. he then said we have to get you Better and Back to work. (I thought this Funny as thats the Same thing the therapist said to me. had they talked on the Phone After I told the therapist I had a Law Suit going? Sure seem' that way? if So we need to request any notes or evidence of this conversation)

Dr Lecho then had me do Some Arm movements to see where my movement was at. I showed him, explained where the tightness and pain was, raised my arm and showed him the large knot of Scar tissue on top of my shoulder and stops me from raising it all the way up. I hit the spot with my right hand and showed him it was extreemly hard (Scar tissue) I told him to feel it. he said No that he trusted me. again officer Steel witnessed the conversation. That was Pretty much the encounter. I thanked Dr Lecho told him to have a nice day then officer steel said come on lets go, I'll get you out through R and D and back to the unit. So off we went. officer Steel let me out of R and D we were talking and he commented that things here would be much different medically if Lecho was running it. I agreed. thanked officer Steel told him to have a good day and asked him to Radio Iowa one unit and let officer there know I was on my way to the unit.... he did So.....

Sorry I am out of type
Writer ribbon

January
~~December~~ 13th the week of... As previously stated I am to go to physical therapy twice a week. During the week of December 13th 2019 I went to therapy only once. Which was on thursday December 17th 2019. again pushing my recovery and continued Pain backwards. each therapy appointment missed slows recovery and leaves me in continued Pain

January
Around ~~December~~ 11th 2019 I happend to Check the truelinks computer System. under the heading of Perscription Refils. within this feature is a consultation section that I clicked on.. I started reading under Service Type = it says orthopedic Surgery. under Request date = it says 12-26-2018. under update date it says 1-9-2019 1:09pm Then it says Status Approved ? So I click on the comments section. and it says, A request was made by Dr. Moats on 12-26-2018 for OROTHOPEDIC SURGERY... - Dr Williams was Approved on 1-9-2019.... End of Information. I can't help but wonder if they (Pekin) is billing for Surgery. as I am only going to Physical therapy. No one has Said anything about Surgery to me or consulted me in any way

January
~~December~~ 17th 2019 Thursday... On thursday Morning I was called out for a med trip. We went to the Physical Therapist (this is and would be my only appointment this week). While there I asked the therapist if he knew anything about my being scheduled for a Surgery. ~~His~~ reply was no! and that I was doing ~~too~~ well thus far and should be no need for a surgery.. I then explained to him the Consultations and Approvals I read on the Computer. Neither him or I had an explination.

The therapist then asked the officers escorting me CO. CAPE & CO. NEWMAN. if ~~they brought in~~ the medical papers that ~~the prison sends along~~ for Doctor or therapist ~~notes~~. The officers Replyed No they ~~left it in the van~~. The therapist then replyed that Pekin had contacted him wanting to know why I was still in therapy. The Therapist did multiple movement measuraments on me this day and made notes. he also Said he would Just call Pekin. I got the feeling Pekin was Trying to cancel my therapy. There have been other officers who have commented I have been going to Therapy longer than anyone else they have Seen. Example Staff from mailroom and R & O have said this. when we went to leave therapy the therapist Said okay we'll see you next week. this is telling me therapy only once a week for at least this week. Dont Know what the week of ~~Decemb~~ January 21st 2019.

Prior to the week of January 13th 2019. I did not go to therapy at all that week. this again slows, Stops, hinders my Physical Rehabilitation and muscle recovery and ~~prolongs~~ Prolongs my Pain...

17

January 19th 2019 Saturday Evening.... I went to Evening chow call. After finishing my meal. I put my Dinner tray in the Dishroom window. as I was leaving the chow hall. L.T. Tory was standing there. and asked how my shoulder was Doing. I explained, I was Doing great from shoulder level Down but not so good from shoulder level UP. Then Showed him how high I could raise my arm. L.T. Tory's reply was. oh No Dont Do that. The cameras will see you and that will hurt your Law suit. I said no thats its the exercises the Physical therapis perscribed for me. His reply was I still wouldnt do it. I said I wasnt worried as right is right and wrong is wrong and thats why I'm going after medical for not believing me and sending me back to work with a broken arm. L.T.Tory wished me luck and I told him to have a nice evening and returned to me housing unit...

January 22nd 2019 Tuesday 12:00 PM.... The Unit Officer came to me and said you've got to go. I said Physical Therapy. He said yes. I said okay let me get dressed. he Said make it fast. I was supposed to let you know 10 minutes ago. So I go get dressed before I am done the officer is at my door telling to hurry up that I was late. I said no your late telling me. this aint my fault... I get to the lieutenants office where the transport officer was waiting for me. The first thing he says to me is where were you. I replyed playing cards. The transport officer said he called The unit officer at 11:00 AM its now after 12:00 Pm. I said I dont know about that. all I know is unit officer Hunt Just Told me moments ago. and that I did not even have time to Put my Boots on. (we are required to wear boots) I went in my tenny Shoes..

We get to Physical Therapy. I go through my session and do all the exercises. Just before we leave. I ask the therapist if we are back on twice a week sessions? he replys. he Dosent Know if he can tell me that. I said to him that I receive all the medical files reports and notes, thats how I knew it was twice a week to Start with.. he didnt answer Directly but replyed he called Pekin and told her his treatment plan and Said She seemed to agree with it. (I dont know who She is?) I said thank you and then returned to Pekin prison.                                                            PA?

Once back to Pekin we go to medical. the transport officer gives R.N. Frank the med Papers that get Sent along with every trip. The Physical Therapist did not write any new instructions. I told Frank nothing New. he looked at the Papers said yup nothing new. See he didnt write anything. I said thats usually what happens when there are no new instructions... Frank Then got up to escort me too the door so I could go back to my housing unit. When we got to the door. Frank Commented. you know even if I would have Sent you to the hospital that night you would still be in the same condition now. I replyed. Yeah maybe. but I would not have been misdiagnosed and treated Properly and Sent out for the correct treatment. and I wouldnt of had to go back to work for 12 hours with a broken arm. Frank replyed I offered you to go back to your Housing unit.

continued ——————→

Continuation of January 22nd 2019 Frank conversation...

I looked at Frank and said No you didnt. You told me if I still Hurt to come to sick call Monday morning. Frank countered me and said No you were given the opportunity to go to your housing unit and you told me you could go back to work. I replyed I Never. I couldnt even move my arm Frank. and I was on the out count. Frank replyed he could of taken me off out count. I said why didnt you? if my injury was so bad you were automatically supposed to send me to my housing unit by Policy. and you didnt cause you thought it a minor muscular injury. and if you had offered me to go to my housing unit why is none of this in the medical report you filed. Frank is trying to cover and make things up now. I stopped the conversation laughing at franks megar attempts and said No you sent me back to work.... as I walked off returning to my housing unit. in hindsight thought. if he really offered me to go to my housing unit why was it not in the reports he is required to file and why is he now many months later trying to verbally convince me that he did the right thing offering me to go to my housing unit instead of back to work and the original medical report he filed says muscular injury with instruction to return to sick call. Shows he thought it was not a serious injury that required me to be taken off work Detail....

Last Consultation With Dr. Merkley (Specialist) (Have Not Received these Records yet)

   The End of March 2019 I met with Dr Merkley. For Final Evaluation of My Shoulder.

He told me I may never regain Full use again, but did not specify Range of Motion I would not have. He Did How ever Perscribe Exercises using theraband for and as treatment post Physical therapy. He sent Instructions Back to Prison. The file was given to medical who to This Day still has not issued or set me up for theraBand exercises. been 90 days. This is Delibert indifferance...

   I have asked 3 different medical staff in the first 30 days what was Happening with The Theraband therapy the Specialist ordered. all 3 staff reffered me to other staff. After the 3rd Person I realized. I would not get the treatment. that I was being run around. some 90 Days later I am still with out this follow up treatment, I have Limited range of motion in my Arm / Shoulder

   These Instructions From Specialist Dr Merkley are contained within my medical file in the medical Department At Pekin prison in the care of Doctors 3 Nurses whom Do Not Read or if they do, Dont follow thru with specialist orders for treatment. So they know or should know I needed this for recovery and by not treating hes harmed me further

19